

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2016

No. 04-16-00378-CV

Sandra Lynn **BURGER**,
Appellant

v.

Daryl Glenn **BURGER**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV 15-0000124
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Because appellant filed an affidavit of indigence and a contest was filed, we abated this appeal to the trial court pursuant to Texas Rule of Appellate Procedure 20.1(h)(4). The trial court has now filed findings of fact and conclusions of law. In its findings, the trial court sustained the contests filed by the trial court clerk and court reporter. It then denied appellant's claim of indigence. We REINSTATE this appeal on the docket of this court.

If appellant intends to appeal the trial court's not indigent finding, we ORDER appellant to provide written notice to this court of such intent on or before **August 15, 2016.** If appellant fails to timely file any written notice of her intention to appeal the not indigent finding, then appellant is ORDERED to provide written proof to this court on or before **August 25, 2016** that the clerk's fee for the preparation of the clerk's record has been paid or arrangements have been made to pay the clerk's fee. Additionally, if appellant fails to timely file any notice of her intention to appeal the not indigent finding, then appellant is ORDERED to provide written proof to this court on or before **August 25, 2016** that the court reporter's fee for preparation of the reporter's record has been paid or arrangements have been made to pay the reporter's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____

Karen Angelini, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2016.



Keith E. Hottle
Clerk of Court